```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                            - - -

ASI BUSINESS SOLUTIONS,    : CIVIL ACTION NO. 16-5514
INC.,                      :
                           :
          Plaintiff        :
                           :
                           :
                           :
                           :
                           :
                           :
     v                     :
                           :
                           :
                           :
                           :
                           :
                           :
                           :
OTSUKA AMERICA             :
PHARMACEUTICAL, INC.,      : Philadelphia, Pennsylvania
                           : October 25, 2016
          Defendant        : 3:00 p.m.

                            - - -

              TRANSCRIPT OF STATUS CONFERENCE
         BEFORE THE HONORABLE EDUARDO C. ROBRENO
              UNITED STATES DISTRICT JUDGE

                            - - -

APPEARANCES:

For the Plaintiff:     THOMAS B, FIDDLER, ESQUIRE
                       White & Williams, LLP
                       1650 Market Street
                       One Liberty Place
                       Suite 1800
                       Philadelphia, PA   19103


For the Defendant:     JANICE G. DUBLER, ESQUIRE
                       Montgomery McCracken
                       Walker & Rhoads, LLP
                       123 South Broad Street
                       Philadelphia, PA   19109
```

*Transcribers Limited*
*17 Rickland Drive*
*Sewell, NJ 08080*
856-589-6100 • 856-589-9005

1  Audio Operator:     Nelson Malave

2  Transcribed By:     Donna M. Anders

3                          - - -

4         Proceedings recorded by electronic sound
recording; transcript produced by computer-aided
5  transcription service.

6                          - - -

8

1   Arbitration is for monetary damages, something we were
2   considering as well.
3          The agreement is unambiguous that we're
4   allowed to come to this court to seek injunctive
5   relief, and that is the only claim that we brought.
6          THE COURT: Now, if it turns out on short
7   order -- I mean you want to verify that but if, indeed,
8   it turns out that either on September 26th or today
9   that the software was deleted, you have no business in
10  the court then.
11         MR. FIDDLER: Well, Your Honor, I would say
12  if we can confirm that the software --
13         THE COURT: Yes.
14         MR. FIDDLER: -- has been deleted, and that
15  is a big if, then I would hope that the issue is
16  worked out among the parties, and if we know that it
17  is not being used we have no business being in this
18  court.
19         However, there is a fundamental disagreement
20  on these facts. The agreement unequivocally was that
21  they were to stop using it September 4 --
22         THE COURT: Right.
23         MR. FIDDLER: -- we know they continued to.
24  They sent a notice, a certification saying that they
25  would use reasonable business efforts to remove it.

## CERTIFICATION

I, Donna Anders, hereby certify that the foregoing is a correct transcript from the electronic sound recordings of the proceedings in the above-captioned matter.

11/25/16
Date

*Donna Anders* (signature)
Donna Anders