```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ASI BUSINESS SOLUTIONS, INC.,      :    CIVIL ACTION
                                   :    NO. 16-5514
          Plaintiff,               :
                                   :
     v.                            :
                                   :
OTSUKA AMERICA PHARMACEUTICAL,     :
INC.,                              :
                                   :
          Defendant.               :
                                   :
```

## **O R D E R**

**AND NOW**, this **10th** day of **February, 2017,** upon consideration of Plaintiff's Complaint and attached exhibits (ECF No. 1), Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction and Memorandum of Law in support thereof (ECF Nos. 2, 3), Plaintiff's Proposed Findings and Fact and Conclusions of Law, along with a supporting Memorandum of Law (ECF Nos. 39, 40), Defendant's Proposed Findings of Fact and Conclusions of Law, together with a Memorandum of Law in Opposition to Plaintiff's Proposed Findings and Fact and Conclusions of Law (ECF No. 43), and the parties' letter statements and responses regarding the scheduled preliminary injunction hearing (ECF Nos. 45, 46, 47, 48), and following a telephone conference held on the record with counsel for both parties on February 7, 2017, it is hereby **ORDERED,** for the reasons stated in the accompanying Memorandum, that Plaintiff's

Motion for a Preliminary Injunction (ECF No. 3) is **DENIED** without prejudice to the plaintiff proceeding on the underlying complaint or seeking permanent injunctive relief. It is further **ORDERED** that the preliminary injunction hearing previously scheduled for February 14, 2017, is hereby **CANCELLED** for the reasons stated in the accompanying memorandum.

    **AND IT IS SO ORDERED.**

                                                    /s/ Eduardo C. Robreno
                                                  **EDUARDO C. ROBRENO,    J.**